IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDMOND W. RICHARDSON, AL7106,          )<br>                                                                 )<br>              Petitioner,                              )<br>                                                                 )<br>     v.                                                        )<br>                                                                 )<br>RON DAVIS, Warden,                              )<br>                                                                 )<br>              Respondent.                           )<br>_____ ) | No. C 15-4796 CRB (PR)<br><br>ORDER OF DISMISSAL |

On October 16, 2015, the clerk filed as a new habeas action petitioner's request for a "stay and abeyance order" pending exhaustion of his state court remedies. But on that same date the court notified petitioner in writing that his action was deficient because he did not file an actual petition for a writ of habeas corpus or pay the requisite $5.00 filing fee or, instead, submit a signed and completed court-approved in forma pauperis application. Petitioner was advised that failure to file the requested items within 28 days would result in dismissal of the action.

More than 40 days have elapsed; however, petitioner has not filed the requisite items or sought an extension of time to do so. The action is DISMISSED without prejudice.

The clerk shall close the file and terminate all pending motions as moot.

SO ORDERED.

DATED: 12/4/2015

_____
CHARLES R. BREYER
United States District Judge

N:\Dec.2015\CRB\Richardson, E.15-4796.dsifp.wpd